%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. **II** Investigating Agency **VA-OIG**

**City** Bedford **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 1:17-mj-7219-JCB
Search Warrant Case Number 1:17-mj-6075-JCB
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Demone Coleman  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 1979  SSN (last4#): 5674  Sex: M  Race: B  Nationality: U.S.

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Nicholas Soivilien  Bar Number if applicable 675757

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2017  Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Demone Coleman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Distribution of a Controlled Substance | 1, 4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____