# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | No.   1:17-mj-7219-JCB |
| MICHAEL SEXTON, DEMONE COLEMAN, AND AUSTIN WILKERSON, Defendants. | ) | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

Dated: October 31, 2017      BY:   /s/ Nicholas Soivilien
NICHOLAS SOIVILIEN
Assistant United States Attorney

The above motion is allowed on this 31st day of October, 2017

Honorable Jennifer C. Boal
United State Magistrate Judge