IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 17-mj-7219-JCB |
| MICHAEL SEXTON, DEMONE COLEMAN, AND AUSTIN WILKERSON, Defendants. | |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint be unsealed. In support of this motion, the government states that defendants Demone Coleman and Austin Wilkerson have been arrested, and defendant Michael Sexton has been informed of the pending arrest warrant for him, thus there is no further reason to keep the complaint secret.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ Nicholas Soivilien
Nicholas Soivilien
Assistant U.S. Attorney

The above motion is allowed on this 7th day of November, 2017

_____
Honorable Jennifer C. Boal
United State Magistrate Judge