UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No. 17-7219-JCB

UNITED STATES OF AMERICA

v.

DEMONE COLEMAN

**DETENTION ORDER PURSUANT TO UNITED STATES v. KING**

December 21, 2017

Boal, M.J.

    The defendant is charged in a complaint with knowingly and intentionally distributing cocaine base in violation of 21 U.S.C. § 841(a)(1).  The defendant is currently in state custody.  An initial appearance was held before this Court on December 21, 2017.  At that time, the defendant, represented by appointed counsel, waived his right to a prompt detention hearing given that he was being held in state custody.  On that basis, I find there is good cause to continue the detention hearing in this case until such time as the defendant is released from state custody in accordance with the protocol set forth in United States v. King, 818 F.2d 112, 115 n.3 (1st Cir. 1987).

    Accordingly, I rule that the defendant has waived his right to have a detention hearing at this time.  Id.  It is ORDERED that the detention hearing is continued until further order of this Court.  It is FURTHER ORDERED that the defendant be DETAINED pending the detention hearing.  See 18 U.S.C. § 3142(f).  To the extent not already done, the U.S. Marshal is ORDERED to return the defendant to state custody and lodge a detainer against the defendant on the basis of this Order after his return to state custody.  The parties shall inform the Court upon the defendant's return to federal custody so that the Court may schedule a detention hearing.

Review of this Detention Order may be had by the defendant filing a motion for revocation or amendment of the Order pursuant to 18 U.S.C. § 3145(b).

        / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE