AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| DEMONE COLEMAN | )  Case No. 1:17-mj-7219-JCB |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  **DEMONE COLEMAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance - 21 U.S.C. §841(a)(1)

Date: 10/31/2017

_Issuing officer's signature_

City and state: Boston, MA

Jennifer C. Boal, United States Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

WARRANT EXECUTED BY _Hase (what?)_ Arresting officer's signature
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/5/2017
_Printed name and title_